**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **BETTINA LITTELL, et al.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:14-cv-003369** |
| | § | |
| **HOUSTON INDEPENDENT SCHOOL** | § | |
| **DISTRICT** | § | **JURY DEMANDED** |
| | § | |
| **Defendant.** | § | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO ABATE TRIAL SETTINGS**

PLEASE TAKE NOTICE that the parties to this action have reached a settlement in principle regarding all material issues, pursuant to the November 14, 2019 vote of the Houston ISD Board of Education. The parties are currently in the process of finalizing a few remaining details, and drafting the terms of a written settlement agreement. The parties anticipate filing a joint stipulation for dismissal within ninety (90) days, once all parties have executed the agreement. The parties request that the Court adjourn all upcoming deadlines, including the December trial setting, while they finalize their agreement.

Respectfully submitted,

**THE COLE LAW FIRM**

/s/ Tobias A. Cole[1]
      Tobias Anthony Cole
      State Bar No.: 24007021

1616 S. Voss, Suite 450
Houston, TX 77057
Telephone:    832-539-4900
Fax:        832-539-4899
toby@colelawtx.com

**ATTORNEY FOR THE PLAINTIFFS**

---

[1] By permission.   /s/  Christopher B. Gilbert

**THOMPSON & HORTON LLP**


By: _____/s/ Christopher B. Gilbert_____
        Christopher B. Gilbert
        State Bar No. 00787535
        Southern District No. 17283

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone:    (713) 554-6744
Facsimile:    (713) 583-7698

**ATTORNEYS FOR THE DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record via electronic service on November 18, 2019, at the following address:

Tobias Anthony Cole
**THE COLE LAW FIRM**
1616 S. Voss, Suite 450
Houston, TX 77057
*Attorney for Plaintiffs*

By:  _____/s/ Christopher B. Gilbert_____
Christopher B. Gilbert